IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JEAN CLAUDE CEIDE, | : | VIOLATIONS |
| | : | |
| WESLY DUCASTIN, | : | 18 U.S.C. § 1203(a) |
| also known as Zorekin, | : | (Conspiracy to Commit Hostage |
| also known as Joelle, | : | Taking) |
| | : | |
| PIERRE PETERSON, | : | 18 U.S.C. § 1203(a) |
| also known as Puchon, | : | (Hostage Taking) |
| | : | |
| POLYNICE WADNER, | : | 18 U.S.C. § 2 |
| also known as Gren, | : | (Aiding and Abetting and Causing an |
| | : | Act to be Done |
| Defendants. | : | |
| | : | 18 U.S.C. § 1203(a) |
| | : | (Attempt to Commit Hostage Taking) |

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

A. Background

1. V.S.-J., a minor child, is a national and citizen of the United States.

2. C.G., a minor child, is a national and citizen of the United States.

3. T.L., a minor child, is a national and citizen of the country of Haiti.

4. The defendants, JEAN CLAUDE CEIDE, WESLY DUCASTIN, also known

as Zorekin, also known as Joelle, PIERRE PETERSON, also known as Puchon, and POLYNICE WADNER, also known as Gren, are nationals and citizens of the country of Haiti.

5. All events alleged in this Indictment took place within the country of Haiti, in the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

B. The Conspiracy

6. Beginning at dates and times unknown to the Grand Jury, but including the period from on or about May 5, 2006, to on or about May 8, 2006, in Haiti, the defendants JEAN CLAUDE CEIDE, WESLY DUCASTIN, also known as Zorekin, also known as Joelle, PIERRE PETERSON, also known as Puchon, and POLYNICE WADNER, also known as Gren, did knowingly conspire and agree with each other and with other coconspirators, both known and unknown to the Grand Jury, to seize and detain, and threaten to kill, to injure, and to continue to detain, V.S.-J., C.G. and T.L., in order to compel third persons to pay ransom for the release of V.S.-J., C.G. and T.L.

**(Conspiracy to Commit Hostage Taking, in violation of
Title 18, United States Code, Section 1203.)**

COUNT TWO

7. Paragraphs 1, 3, 4, and 5 of Count One of this Indictment are re-alleged as if fully set forth herein and are incorporated by reference.

8. Beginning on or about May 5, 2006, to on or about May 8, 2006, in Haiti, the defendants JEAN CLAUDE CEIDE, WESLY DUCASTIN, also known as Zorekin, also known as Joelle, PIERRE PETERSON, also known as Puchon, and POLYNICE WADNER, also known as Gren, and others, known and unknown to the Grand Jury, did knowingly seize and detain, and threaten to kill, to injure, and to continue to detain, V.S.-J. and T.L. in order to compel third persons

to pay ransom for the release of V.S.-J. and T.L., as an explicit and implicit condition for the release of V.S.-J. and T.L.

**(Hostage Taking and Aiding and Abetting and Causing an Act To Be Done, in violation of Title 18, United States Code, Sections 1203 and 2.)**

COUNT THREE

9. Paragraphs 2, 4, and 5 of Count One of this Indictment are re-alleged as if fully set forth herein and are incorporated by reference.

10. On or about May 5, 2006, in Haiti, the defendants JEAN CLAUDE CEIDE, WESLY DUCASTIN, also known as Zorekin, also known as Joelle, PIERRE PETERSON, also known as Puchon, and POLYNICE WADNER, also known as Gren, and others, known and unknown to the Grand Jury, did knowingly attempt to seize and detain, and threaten to kill, to injure, and to continue to detain, C.G. in order to compel third persons to pay ransom for the release of C.G., as an explicit and implicit condition for the release of C.G..

**(Attempted Hostage Taking, in violation of Title 18, United States Code, Section 1203.)**

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia